GEORGE W. HUMPHREYS et al., appellants,

*v.*

EMIL IBACH et al., respondents.

[Submitted February 12th, 1932. Decided May 16th, 1932.]

648

654

*Messrs. Morrison, Lloyd & Morrison,* for the appellants.

*Messrs. Melosh, Morten & Melosh,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion filed in the court below by Vice-Chancellor Bigelow.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 14.

*For reversal*—None.